UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAWRENCE J. LUDWIG,

    Plaintiff,

vs.                           CASE No. 8:03-cv-2378-T-17MSS

LIBERTY MUTUAL FIRE INSURANCE CO.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

**This comes** before the Court for consideration of Defendant's Motion for Clarification and/or Reconsideration (Dkt. 64) and Plaintiff's objection thereto (Dkt. 67). In its Motion, Defendant asks the Undersigned to clarify and/or reconsider an Order entered on a Motion to Compel filed by Plaintiff (Dkt. 45). In that Order (Dkt. 63) the Undersigned granted Plaintiff's Motion to Compel the Deposition of Ms. Marlene Igbo-Nwoke and to produce certain documents responsive to requests for production made by Plaintiff (Dkt. 45).

In light of the District Judge's Clarification Order (Dkt. 72), it is respectfully recommended that Defendant's Motion for Reconsideration (Dkt. 64) be **DENIED as MOOT** and that Defendant be ordered to comply with the Undersigned's instructions as set forth in the Order granting Plaintiff's Motion to Compel (Dkt. 63).

**RESPECTFULLY RECOMMENDED** in Tampa, Florida on this _16th_ day of February 2006.

_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained within this report within ten (10) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).