**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LAWRENCE J. LUDWIG,
    Plaintiff,

vs.                                    CASE NO. 8:03-CIV-2378-T-17-MSS

LIBERTY MUTUAL FIRE
INSURANCE CO.,
    Defendant.
_____/

**ORDER**

       This cause is before the Court on the plaintiff's motion for reconsideration (Docket No. 74) and response thereto (Docket No. 76); report and recommendation (Docket No. 75); and defendant's motion to stay and preservation of objection to report and recommendation (Docket No. 77) and response thereto (Docket No. 80).

       On February 1, 2006, this Court entered a *sua sponte* order on the scope of the issues upon which the plaintiff could proceed. The Court clearly stated that the plaintiff could only proceed on the bad faith claim. The plaintiff then filed the instant motion to reconsider alleging that the February 1, 2006, was "contrary to all previous rulings in this case" and, further, that the ruling was incorrect as a matter of fact and law. The defendant opposed the motion and asserted that the Court's ruling is correct in fact and law. The Court has again considered the issues raised by the motion to reconsider and finds that the arguments of the defendant are well-taken. The Court will not reconsider it's order of February 1, 2006.

       The report and recommendation before the Court was entered on February 16, 2006, and recommended that, in light of the February 1, 2006, order, the Court deny, as moot, the

CASE NO. 8:03-CIV-2378-T-17

defendant's motion for reconsideration (Docket No. 64) and order the defendant to comply with the order on motion to compel (Docket No. 63).  The defendant then moved to stay ruling on the report and recommendation pending this Court's ruling on the plaintiff's motion to reconsider.  That motion is mooted by the ruling previously set out in this order.  Accordingly, it is

**ORDERED** that the plaintiff's motion for reconsideration (Docket No. 74) be **denied;** the report and recommendation (Docket No. 75) be **adopted and incorporated by reference herein**; defendant's motion for reconsideration (Docket No. 64) and motion to stay and preservation of objection to report and recommendation (Docket No. 77) be **denied as moot**; and  the defendant **shall** comply with the order on motion to compel (Docket No. 63) as entered by the magistrate judge.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 31st day of March, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record